THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Stanley Cory Eppenger, Appellant.
 
 
 

Appeal from Beaufort County
 Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2006-UP-090
Submitted February 1, 2006  Filed February 14, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,  Assistant Deputy Attorney General Salley W. Elliott, of the Office of the Attorney General, all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM: Stanley Cory Eppenger appeals his conviction of criminal sexual conduct in the first degree (CSC), kidnapping, and assault and battery of a high and aggravated nature (ABHAN).  He received concurrent sentences of twenty-six years for CSC, twenty-six years, for kidnapping, and ten years for ABHAN.  Eppenger contends the trial court erred in allowing the State to cross-examine him about a prior sexual encounter.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Eppengers appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and STILWELL, JJ., concur.  

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.